# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES -GUILTY PLEA

| Case No.: | ED CR 20-00210-AB | Date: | December 16, 2020 |
|---|---|---|---|

| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |
|---|---|
| Interpreter: | N/A |

| Carla Badirian (video) | Laura Elias (video) | Charles E Pell (video) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Cara Marie Kirk-Connell (video) | √ | | √ | DFPD, Young J Kim (video) | √ | √ | |

**Proceedings:** GUILTY PLEA (Held and Completed)
VIDEO CONFERENCE-ZOOM

Also present is Special Agent (IRS) Errol Watson (video).

Plea agreement filed on October 16, 2060, is incorporated and made part of the proceedings. Waiver of Indictment filed November 3, 2020.

Defendant enters a plea of Guilty to Count 1 of the Information filed on October 27, 2020.

The Court questions the defendant regarding the plea of Guilty and finds a factual and legal basis for the plea. The Court finds that the defendant, Cara Marie Kirk-Connell, has entered her plea freely and voluntarily, with a full understanding of the charge against her and the consequences of her plea. The Court finds that defendant understands her constitutional and statutory rights and wishes to waive them. Accordingly, the plea is accepted and entered.

The Court refers the defendant to the Probation Office for investigation and report and continues the matter to **Friday, April 9, 2021, at 1:30 p.m., for sentencing.**

The Court orders this matter referred to the U.S. Probation Office for a presentence investigation and preparation of a presentence report. The report is to be disclosed to the defendant thirty-five (35) days prior to sentencing unless the minimum period is waived.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES -GUILTY PLEA**

cc: USPO, PSA

00 : 50

Initials of Deputy Clerk       CB